ATLANTIC MILLS OF RHODE ISLAND, Respondent, v. GEORGE A. SOPER, JR., Appellant.— Judgment and order reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event, on the ground that material witnesses were absent from the trial; and in the interests of justice. Van Kirk,

* Affd., 261 N. Y. 674.

P. J., Hill, Rhodes and Crapser, JJ., concur; Hinman, J., dissents and votes to affirm.